UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO DEMEDEIROS,
FERNANDO TEIXEIRA,
JOSE PIMENTAL,
ANTONIO COUTO and
ARMINDO ASSUNCAO,
    Plaintiffs,

v.                                                   CIVIL ACTION NO.
                                                     10-10668-PBS

UNITED ELECTRICAL, RADIO AND
MACHINE WORKERS OF AMERICA,
UNITED ELECTRICAL, RADIO AND
MACHINE WORKERS OF AMERICA
LOCAL 204, KIRKHILL-TA CO.
HASKON AEROSPACE,
    Defendants.

*[Handwritten margin note: 6/16/2011 I adopt the report and recommendation without objection. Patti B Saris]*

REPORT AND RECOMMENDATION RE:
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT,
ASSESSMENT OF DAMAGES AND ENTRY OF JUDGMENT
(DOCKET ENTRY # 10); DEFENDANTS' CROSS-MOTION
FOR DISMISSAL WITH PREJUDICE (DOCKET ENTRY # 12)

MEMORANDUM AND ORDER RE:
DEFENDANTS' MOTION FOR SANCTIONS
(DOCKET ENTRY # 11)

May 25, 2011

BOWLER, U.S.M.J.

    Pending before this court is a motion for an entry of a default judgment under Rule 55(b), Fed. R. Civ. P. ("Rule 55(b)"), filed by plaintiffs Mario DeMedeiros, Fernando Teixeira, Jose Pimental, Antonio Couto and Armindo Assuncao ("plaintiffs").